Electronically Filed - Jasper County - Joplin - November 04, 2019 - 02:42 PM

**EXHIBIT**

**A**

**IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI
AT JOPLIN**

| | | |
|---|---|---|
| **CYNTHIA ANDREWS** | | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.** |
| | ) | |
| **DUSTIN DWYER and** | ) | |
| **THE HERTZ CORPORATION** | ) | |
| | ) | |
| **Defendants.** | ) | |

**Serve:**

**Dustin Dwyer**
**15660 E. Evening Shade St.**
**Benton, KS 67017**

**The Hertz Corporation,**
**through its Registered Agent:**
**C T Corporation System**
**120 S. Central Ave.**
**Clayton, MO 63105**

## PETITION FOR DAMAGES

COMES NOW Plaintiff Cynthia Andrews by and through her attorneys, and for her cause of action against defendants states as follows:

1. Cynthia Andrews is a resident of Missouri and over the age of 18.

2. Defendant Dustin Dwyer is a resident of Kansas and over the age of 18.

3. Defendant The Hertz Corporation is a corporation in good standing in the State of Missouri.

4. All events relevant to this cause of action occurred in Jasper County, Missouri.

5. On or about April 2, 2019, Plaintiff was the restrained passenger in a 1995 Buick traveling westbound on 32nd Street in Joplin, Missouri.

6.	At same time and location, defendant Dwyer was operating a 2019 Cadillac owned by defendant The Hertz Corporation, eastbound on 32nd Street in Joplin, Missouri.

7.	Defendant Dwyer was driving in a reckless manner at a dangerously high speed and violently crashed head-on into Plaintiff's vehicle.

8.	On April 2, 2019, while utilizing the public roadway, defendants Dwyer and The Hertz Corporation owed to Plaintiff a duty to operate the vehicle under its control using the highest degree of care so as not to injure, maim, or harm Plaintiff.

11.	Defendant Dwyer's reckless manner of driving was negligent per se.

12.	That as a direct and proximate result of one or more of the foregoing negligent acts or omissions on the part of defendants, Plaintiff sustained injuries to her back and neck.  Plaintiff has endured pain and will continue to endure pain in the future.  Plaintiff has incurred medical bills and expenses and will incur medical bills in the future.

**WHEREFORE**, plaintiff prays judgment against Defendants for such damages as are fair and reasonable, prejudgment interest as provided by law, for Plaintiff's costs herein incurred and for such other relief as the Court deems just and reasonable.

STICKLEN & DREYER, P.C.

/s/ *Charles Sticklen*

_____

Charles J. Sticklen, Jr., #39333
Sarah R. Sticklen, #71191
1515 E. 32nd Street, Suite 1
Joplin MO 64804
PHONE: 417-626-9880/FAX: 417-626-7686
charlie@sticklenanddreyer.com
sarah@sticklenanddreyer.com

Electronically Filed - Jasper County - Joplin - December 09, 2019 - 03:12 PM

*SB* 12/6



# IN THE 29TH JUDICIAL CIRCUIT, JASPER COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>DAVID BOYCE MOUTON | Case Number: 19AO-CC00276 |
| Plaintiff/Petitioner:<br>CYNTHIA ANDREWS<br><br>vs. | Plaintiff's/Petitioner's Attorney/Address<br>CHARLES JOSEPH STICKLEN JR.<br>1515 E 32ND STREET  39333<br>JOPLIN, MO 64804 |
| Defendant/Respondent:<br>DUSTIN DWYER ET AL | Court Address:<br>601 S. Pearl<br>JOPLIN, MO 64801 |
| Nature of Suit:<br>CC Pers Injury-Vehicular | |

**FILED**
*Melissa Holcomb - Clerk*
*11/6/2019*
*JASPER COUNTY CIRCUIT COURT*
*JOPLIN, MISSOURI*

(Date File Stamp)

## Summons in Civil Case

**The State of Missouri to: THE HERTZ CORPORATION**

CT CORPORATION
120 S CENTRAL AVENUE
CLAYTON MO, MO 63105

30
CTCOR

**COURT SEAL OF**

**JASPER COUNTY**

You are summoned to appear before this court and to file your pleading to the petition, a copy of which is attached, and to serve a copy of your pleading upon the attorney for plaintiff/petitioner at the above address all within 30 days after receiving this summons, exclusive of the day of service. If you fail to file your pleading, judgment by default may be taken against you for the relief demanded in the petition.

06-NOV-2019
_____
Date

Melissa Holcomb – Circuit Clerk

/S/Dana J. Attwood, D.C.
_____
Deputy Clerk

Further Information:
_____

## Sheriff's or Server's Return

**Note to serving officer**: Summons should be returned to the court within 30 days after the date of issue.

I certify that I have served the above summons by: (check one)

☐ delivering a copy of the summons and a copy of the petition to the defendant/respondent.

☐ leaving a copy of the summons and a copy of the petition at the dwelling place or usual abode of the defendant/respondent with _____, a person of the defendant's/respondent's family over the age of 15 years who permanently resides with the defendant/respondent.

☑ (for service on a corporation) delivering a copy of the summons and a copy of the complaint to: **LCW – B. LOVE** (name) **INTAKE SPECIALIST** (title).

☐ other: _____.

Served at **CT CORPORATION** _____ (address)

in **St. Louis County** (County/City of St. Louis), MO, on **DEC 06 2019** (date) at **9 A.M** (time).

*Nathan Gentry*
_____
Printed Name of Sheriff or Server

_____
Signature of Sheriff or Server

**Must be sworn before a notary public if not served by an authorized officer:**

Subscribed and sworn to before me on _____ (date).

*(Seal)*

My commission expires: _____

_____
Date

_____
Notary Public

| Sheriff's Fees, if applicable | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Sheriff's Deputy Salary Supplemental Surcharge | $_____10.00_____ |
| Mileage | $_____ (_____ miles @ $._____ per mile) |
| **Total** | $_____ |

A copy of the summons and a copy of the petition must be served on **each** defendant/respondent. For methods of service on all classes of suits, see Supreme Court Rule 54.

2019 DEC -4 AM11:07
ST. LOUIS COUNTY SHERIFF'S OFFICE

RECEIVED

DEC 04 2019

OSCA (06-18) SM30 (SMCC) *For Court Use Only:* **Document Id # 19-SMCC-722**     1 of 1     Civil Procedure Form No. 1; Rules 54.01 – 54.05, 54.13, and 54.20; 506.120 – 506.140, and 506.150 RSMo

Case 3:20-cv-05002-RK   Document 1-1   Filed 01/02/20   Page 3 of 6

19-SMCC-11097

12/SB

Electronically Filed - Jasper County - Joplin - December 09, 2019 - 03:12 PM

**IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI**
**AT JOPLIN**

| | | |
|---|---|---|
| **CYNTHIA ANDREWS** | | |
| **Plaintiff,** | **)** | |
| | **)** | |
| **v.** | **)** | **Case No. 19AO-CC00276** |
| | **)** | |
| **DUSTIN DWYER and** | **)** | |
| **THE HERTZ CORPORATION** | **)** | |
| | **)** | |
| **Defendants.** | **)** | |

**MOTION FOR CHANGE OF JUDGE**

COMES NOW Plaintiff, by undersigned counsel and respectfully requests a change of

Judge in this matter.


STICKLEN & DREYER, P.C.

/s/ *Charles Sticklen*

_____
Charles J. Sticklen, Jr., #39333
Sarah R. Sticklen, #71191
1515 E. 32nd Street, Suite 1
Joplin MO 64804
PHONE: 417-626-9880/FAX: 417-626-7686
charlie@sticklenanddreyer.com
sarah@sticklenanddreyer.com

**IN THE CIRCUIT COURT OF JASPER COUNTY, MISSOURI**
**AT JOPLIN**

CYNTHIA ANDREWS
        Plaintiff,        )
                          )
v.                        )       **Case No. 19AO-CC00276**
                          )
DUSTIN DWYER and        )
THE HERTZ CORPORATION   )
                          )
        Defendants.     )

## ENTRY OF APPEARANCE

Comes now Sarah René Sticklen, and hereby enters her appearance as co-counsel in the above matter.

STICKLEN & DREYER, P.C.

/s/ *Sarah René Sticklen*

_____

Sarah René Sticklen, Mo. Bar 71191
1001 Cherry St., Suite 104
Columbia MO 65201
Phone 573-303-6828/Fax 417-626-7686
sarah@sticklenanddreyer.com
ATTORNEYS FOR PLAINTIFF