UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| CYNTHIA ANDREWS | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   Case No. 3:20-cv-5002 |
| | ) |
| DUSTIN DWYER and | ) |
| THE HERTZ CORPORATION | ) |
| | ) |
|     Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff, Cynthia Andrews, and Defendants, Dustin Dwyer and The Hertz Corporation, by and through their attorneys of record, and hereby stipulate to the dismissal of this matter, with prejudice. Each party agrees to bear their own costs.

                              STICKLEN & DREYER, P.C.

                              /s/ *Charles Sticklen*

                              Charles J. Sticklen, Jr., #39333
                              1515 E. 32nd Street, Suite 1
                              Joplin MO 64804
                              PHONE: 417-626-9880/FAX: 417-626-7686
                              charlie@sticklenanddreyer.com

I hereby certify that the foregoing was sent,
via electronic mail, this 13th day of April, 2020, to:

Kyle N. Roehler, Mo. Bar #51727
1200 Main Street, Suite 2200
Kansas City, Missouri 61405
816-472-7474 Telephone
816-472-6262 Facsimile

    */s/ Charles Sticklen*